[No. 2287-1.    Division One.    October 7, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. EDDIE C. ARRINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 62816, Solie M. Ringold, J., entered April 26, 1973. *Affirmed* by unpublished opinion per James, J., concurred in by Farris and Callow, JJ.

[No. 2145-1.    Division One.    October 7, 1974.]

G. S. SANDHU, *Respondent*, v. ALEXANDER SINGH et al., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 758909, Frank H. Roberts, Jr., J., entered February 6, 1973. *Affirmed* by unpublished opinion per Farris, J., concurred in by Swanson, C.J., and James, J.

[No. 979-3.    Division Three.    October 7, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT J. FERN, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 4990, B. E. Kohls, J., entered October 4, 1973. *Dismissed* by unpublished per curiam opinion.

[No. 1015-2.    Division Two.    October 10, 1974.]

CYRUS DAVIDSON et al., *Appellants*, v. WILLIAM E. FULTON et al., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 199391, Hardyn B. Soule, J., entered January 30, 1973. *Affirmed* by unpublished per curiam opinion.

[No. 993-3.    Division Three.    October 10, 1974.]

THE CITY OF SPOKANE, *Respondent*, v. LAHNA SUMMERS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 21490, Donald N. Olson, J., entered October 16, 1973. *Affirmed* by unpublished per curiam opinion.